NUMBER 13-03-705-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________

GENERAL MOTORS CORPORATION AND 
BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC,   Appellants,

v.

MICHAEL MALDONADO, AS INDEPENDENT 
ADMINISTRATOR OF THE ESTATE OF JUAN 
MACIAS HERNANDEZ,                                                       Appellee.
____________________________________________________________________

On appeal from County Court at Law No. 2 
of Nueces County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Garza
Memorandum Opinion Per Curiam

         Appellants, GENERAL MOTORS CORPORATION AND
BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC, perfected an appeal from
a judgment entered by County Court at Law No. 2 of Nueces County, Texas, in cause
number 39383-2. After the record and briefs were filed, the parties filed a joint
motion to dismiss the appeal. In the motion, the parties state that they have reached
a final settlement agreement in this case. The parties request that this Court dismiss
the appeal pursuant to settlement.
         The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 3rd day of March, 2005.